# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DEAN JAMES O'CONNOR,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF REVENUE, DONNA PUGLIANO, ELIZABETH PICKERING-WILLIAMS, and ANGELA DOE,

    Defendants.

Case No. 18-CV-1042-JPS

**ORDER**

On July 9, 2018, Plaintiff filed this action *pro se* alleging that the defendants violated his constitutional rights. (Docket #1). He also filed a motion for leave to proceed without prepayment of the filing fee, or *in forma pauperis.* (Docket #2).

On August 7, 2018, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(a). (Docket #4). The Court identified several deficiencies in Plaintiff's complaint, finding that it failed to state a valid claim for relief as pleaded. *Id.* at 3-4. The Court permitted Plaintiff the opportunity to correct those deficiencies and ordered that he file an amended complaint on or before August 28, 2018. *Id.* at 4. The Court warned Plaintiff that failure to timely file an amended complaint would result in dismissal of this action. *Id.* at 3–4.

Plaintiff did not file an amended complaint. Instead, on August 28, 2018, Jenkins filed an "application for change of venue." (Docket #5). He does not say why he desires a change of venue, why a venue change would be appropriate, or to what venue he wants the action to be transferred. *Id.*

Plaintiff's failure to comply with the Court's order to timely submit an amended complaint demonstrates that he is not diligently prosecuting this action. Plaintiff's motion for a change of venue will be denied and this case will be dismissed. Fed. R. Civ. P. 41(b); Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for change of venue (Docket #5) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge